UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES QUINCY WILKINSON,<br><br>Defendant. | NO. CR12-5088BHS<br><br>ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

The Court having considered the Motion for Withdrawal and Substitution of Counsel, and the accompanying *Ex-Parte*, Sealed Affidavit of Counsel.

NOW THEREFORE IT IS HEREBY ORDERED that the Federal Public Defender, and assistant Federal Public Defender John Carpenter, are permitted to withdraw as defense counsel in this matter, and that new defense counsel from the CJA Panel shall be appointed to represent the defendant.

Withdrawing counsel shall notify the CJA panel coordinator immediately of this order.

DONE this 27th day of March, 2012.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*/s/ John R. Carpenter*
Attorney for Defendant

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

**FEDERAL PUBLIC DEFENDER**
1331 Broadway , Suite 400
Tacoma, Washington 98402
(253) 593-6710